**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EULALIO ROMERO-SANCHEZ, AKA Eulalio Romero, AKA Jason Sagun-Alatorre, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 14-73338 <br><br> Agency No. A205-711-508 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Eulalio Romero-Sanchez, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals'("BIA") denial of his motion to

reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion by denying Romero-Sanchez's motion to reconsider the denial of his cancellation of removal application, where Romero-Sanchez failed to submit evidence establishing that he was no longer convicted of a controlled substance offense for immigration purposes. *See* 8 U.S.C. § 1229b(b)(1)(C); *Murillo-Espinoza v. INS*, 261 F.3d 771, 774 (9th Cir. 2001) (rehabilitative vacaturs do not remove convictions from consideration for immigration purposes).

In light of this disposition, we do not reach Romero-Sanchez's remaining contentions. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) ("As a general rule courts and agencies are not required to make findings on issues the decision of which is unnecessary to the results they reach." (citation and quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**